# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IIP MANAGEMENT, LLC, | Case No. 1:24-cv-2160 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| DANIEL SHIFTEH, *et al.*, | |
| Defendants. | |

## ORDER

Defendants removed this action from State court on the basis of diversity jurisdiction. Since then, Plaintiff has agreed to limit the damages sought to no more than $75,000. (*See* ECF No. 9, PageID #163.) The Court has an independent obligation to ensure its jurisdiction. *Nikolao v. Lyon*, 875 F.3d 310, 315 (6th Cir. 2017). Because the claims at issue do not exceed the jurisdictional threshold, the Court lacks subject matter jurisdiction. Accordingly, the Court **REMANDS** this case to the Cuyahoga County Court of Common Pleas.

**SO ORDERED.**

Dated: January 13, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio